**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Andres Cardona HENAO,
Defendant–Appellant.**

**No. 05–21077
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Joe L. Hernandez, Hernandez & Associates, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and
JOLLY and DENNIS, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Jesus Andres Cardona Henao appeals the sentence that he received after he pleaded guilty to possessing and importing more than 100 grams of heroin with intent to distribute. Henao argues that the district court failed to make the requisite findings when it attributed a co-defendant's quantity of heroin to him as reasonably foreseeable. The district court's finding that the heroin was reasonably foreseeable to Henao is not clearly erroneous as it is plausible in light of the record as a whole. *See United States v. Cooper,* 274 F.3d 230, 241 (5th Cir.2001); U.S.S.G. § 1B1.3(a)(1)(B).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

